IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WABASH POWER EQUIPMENT COMPANY, | )<br>)<br>) |
| Plaintiff, | ) Case No.:<br>)<br>) |
| v. | )<br>)<br>) |
| SOBE THERMAL ENERGY SOLUTIONS LLC, | )<br>)<br>) |
| Defendant. | ) |

## COMPLAINT

Plaintiff, Wabash Power Equipment Company ("Wabash"), for its complaint against SOBE Thermal Energy Solutions LLC ("SOBE"),[1] alleges as follows:

## NATURE OF THE ACTION

1. This is an action to recover amounts due and owing under an equipment lease. On or about November 14, 2019, SOBE entered into an agreement to lease a containerized mobile steam plant and related equipment (the "Equipment") from Wabash for a minimum term of 24 months. A true and correct copy of the Equipment Lease Contract (the "Lease") is attached hereto as Exhibit 1. After the minimum term, SOBE continued to lease the Equipment under the terms of the Lease.

2. SOBE has breached the Lease by failing to pay Wabash all amounts which are due and owing to Wabash under the Lease, which amount now exceeds $310,000 and is growing. Wabash has demanded that SOBE honor the terms of the Lease and pay Wabash all amounts that are owed. To date, SOBE, through its CEO, has repeatedly acknowledged its debt to Wabash

---

[1] On information and belief, SOBE Thermal Energy Solutions LLC is doing business as "SOBE Energy Solutions", which is the named party in the Equipment Lease singed by SOBE's CEO, David Ferro.

SGR/71903281.1

and promised to pay that debt but has failed to pay such amounts. SOBE's failure to pay Wabash has necessitated the filing of this complaint.

3. Through this action, Wabash seeks to recover from SOBE all amounts owed by SOBE to Wabash under the Lease, including but not limited to the past due rent, future rent to be incurred as SOBE continue to lease the boiler, various costs, taxes and expenses associated with the rental, together with interest, attorneys' fees and expenses as expressly permitted under the lease.

## PARTIES, JURISDICTION, AND VENUE

4. Wabash is an Illinois corporation with its principal place of business in Cook County, Illinois.

5. SOBE is, on information and belief, an Ohio limited liability company with its principal place of business in Dublin, Ohio.

6. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. Section 1332(a) because the parties are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs. Personal jurisdiction and venue are proper in this Court because, under the express terms of the Lease, the parties agreed to submit to the Court's personal jurisdiction and that "[e]xcept as may be necessary to recover possession of the Equipment where it is located, the federal and state courts with jurisdiction over Cook County, Illinois shall have exclusive jurisdiction over all disputes, claims, actions or lawsuits relating to, arising out of, or in connection with this Lease." *See* Exhibit 1 ¶ 17(d).

## FACTUAL ALLEGATIONS

7. On or about November 14, 2019, SOBE and Wabash entered into the Lease. Pursuant to the terms of the Lease, SOBE agreed to lease from Wabash the Equipment described in Exhibit A to the Lease.

8. Under the Lease, SOBE agreed to make lease payments to Wabash of $19,500.00 per month.

9. After the minimum term of the lease, SOBE elected to continue to lease the Equipment under the terms of the Lease.

10. SOBE failed to make rental payments under the Lease.

11. On multiple occasions, Wabash demanded that SOBE pay all amounts due and in each case, SOBE promised to make such payments.

12. Most recently, on October 17, 2024, Wabash demanded payment from SOBE. In response to Wabash's October 17, 2024 demand for payment, SOBE's CEO, David Ferro, assured Wabash that payment would be made no later than October 25, 2024.

13. To date, SOBE has failed to make the promised payments all of which remain due and owing, together with other expenses, taxes, interest, and attorneys' fees.

## COUNT I - BREACH OF LEASE AGREEMENT

14. Wabash re-alleges and incorporates by reference paragraphs 1-12 above, as if set forth fully herein.

15. The Lease is a valid and binding contract between SOBE and Wabash.

16. Wabash has performed all of its obligations under the Lease.

3

17. SOBE has defaulted on and breached the Lease by failing to make required payments to Wabash under the Lease. Specifically, Wabash has sent invoices to SOBE for amounts owed under the Lease and has failed to pay those invoices.

18. Paragraph 9 of the Lease states that if

> [SOBE] fails to duly pay any part of any Rental Payment or any other amounts owed to [Wabash] under the terms and conditions of this Lease, [SOBE] shall pay interest on such delinquent payments or amounts accruing at an annualized rate of eighteen (18%) per year accruing daily for all outstanding balances until cured.

19. Paragraph 17(f) of the Lease states that "[i]n the event that Lessor is required to undertake any legal action, including the initiation of formal legal proceedings in relation to or arising out of this lease, Lessor shall be entitled to recover any and all of its reasonable attorneys' fees incurred."

20. Paragraph 17(g) of the Lease states that any amounts due to Wabash that remain unpaid shall accrue interest "from day to day at the rate of plus eighteen percent (18%) . . . from and including the date such amount is due until but excluding the day upon which the amount due actually is received."

21. As alleged above, SOBE has breached the Lease by failing to make required payments under the Lease. As a proximate cause of SOBE's breaches, Wabash has been damaged in, among other ways, the following:

    a. Rental payments, together with interest as agreed under the Lease;

    b. Other expenses, taxes and costs incurred; and

    c. Attorneys' fees and costs incurred in enforcing its rights under the Lease

WHEREFORE, Wabash Power Equipment Company respectfully requests that this Court enter judgment in favor of Wabash and against SOBE as follows:

    a. Awarding Wabash all amounts due and owing under the Lease, which amount is expected to exceed $310,000;

b.        Award Wabash 18% interest on SOBE's delinquent payments, as provided in the Lease;

c.        Award Wabash all of its reasonable attorney's fees and costs incurred in connection with this action, as provided for in the Lease; and

d.        Such other relief as this Court deems just and proper.

Respectfully submitted,

WABASH POWER EQUIPMENT COMPANY

By:   */s/ Joseph L. Fogel*
        One of Its Attorneys

Joseph L. Fogel
Alexander A. Pabon
Smith, Gambrell & Russell, LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Phone: (312) 360-6000
Email: jfogel@sgrlaw.com
       apabon@sgrlaw.com
Dated: October 29, 2024